# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **BRANDI D. MUNOZ, a/k/a** )<br>**BRANDI D. MUNOZ-GAINER,** )<br>            )<br>       **Plaintiff,** )<br>            )<br>vs.          )<br>            )<br>**NAVISTAR INTERNATIONAL** )<br>**CORPORATION, a foreign for profit** )<br>**business corporation; NAVISTAR, INC.,** )<br>**a foreign for profit business corporation,** )<br>**f/k/a INTERNATIONAL TRUCK AND** )<br>**ENGINE CORPORATION; IC BUS** )<br>**OF OKLAHOMA, LLC, a foreign limited** )<br>**liability corporation, f/k/a AMERICAN** )<br>**TRANSPORTATION OF OKLAHOMA,** )<br>**LLC; and IC BUS, LLC** )<br>            )<br>       **Defendants.** ) | Case No. 13-CV-357-JED-FHM |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Brandi D. Munoz, a/k/a Brandi D. Munoz-Gainer, and Defendants, Navistar International Corporation, Navistar, Inc. f/k/a International Truck and Engine Corporation, IC Bus of Oklahoma, LLC f/k/a American Transportation of Oklahoma, LLC, and IC Bus, LLC, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, do hereby stipulate to the dismissal of the above-styled and numbered cause, and all claims asserted therein, with prejudice to the re-filing thereof. The parties stipulate that they shall each bear their own attorneys' fees and costs.

Respectfully submitted,

s/Amber Peckio Garrett
*(Signed by Filing Attorney with Permission of Non-Filing Attorney)*
Amber Peckio Garrett, OBA #19908
P.O. Box 1349
Tulsa, Oklahoma  74101-1349
Telephone:  (918) 895-7216
Facsimile:  (918) 895-7217
Email:  amber@allengarrett.com
*Attorney for Plaintiff*

And

s/Kimberly Lambert Love
Kimberly Lambert Love, OBA #10879
Mary L. Lohrke, OBA #15806
Titus Hillis Reynolds Love
15 E. 5th Street, Suite 3700
Tulsa, Oklahoma 74103
Phone:  (918) 587-6800
Fax:     (918) 587-6822
Email:  klove@titushillis.com
*Attorneys for Defendants*